DENISE R. WINN (CA Bar No. 224902)
P.O. Box 857
Fall River Mills, CA 96028
Telephone: (530) 336-5050
Facsimile: (530) 336-5366

Attorney for Richard Winn, Sr.

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD WINN, SR.<br><br>Plaintiff,<br><br>v.<br><br>LASSEN CANYON NURSERY INC.,<br>LASSEN CANYON NURSERY INC.<br>401(K) PROFIT SHARING PLAN,<br>LIZ ELWOOD-PONCE,<br>DENNIS CARGILE<br><br>Defendant. | CASE NO. 2:10-CV-1030 JAM CMK |

**ORDER**

AND NOW, this 16th day of July , 2010, upon consideration of the parties Extension of Time on Stipulation, it is hereby ORDERED that the request for Extension of Time on Stipulation is GRANTED and that Plaintiff shall answer or otherwise file a response to Defendants' Motion to Dismiss Pursuant to F.R.E. 201 on or before August 4, 2010, Defendants may file a reply on or before August 11, and that the matter shall be heard on August 18, 2010 in Courtroom 6 of the United States District Court, Eastern District of California.

SO ORDERED.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT

-1-